UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GETZ, DIANNE FIORE § Case No. 11-32685-PHX
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _____ By: /s/CONSTANTINO FLORES_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 11-32685-PHX SSC Judge: JUDGE SARAH SHARER CURLEY | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | GETZ, DIANNE FIORE | Date Filed (f) or Converted (c): | 11/29/11 (f) |
| | | 341(a) Meeting Date: | 01/06/12 |
| For Period Ending: | 02/07/14 | Claims Bar Date: | 09/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE Location: 11127 E. CLINTON | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. TIMESHARE BLUEGREEN RESORTS MANAGEMENT LOCATION: L | 200.00 | 0.00 | | 0.00 | FA |
| 3. WELLS FARGO BANK CHECKING ACCT 7884 | 0.00 | 0.00 | | 0.00 | FA |
| 4. CHASE BANK CHECKING ACCT 7072 | 150.00 | 0.00 | | 0.00 | FA |
| 5. WELLS FARGO BANK SAVINGS ACCT 9527 | 0.00 | 0.00 | | 0.00 | FA |
| 6. WELLS FARGO BANK SAVINGS ACCT 9535 | 0.00 | 0.00 | | 0.00 | FA |
| 7. CHASE BANK SAVINGS ACCT 1333 | 0.00 | 0.00 | | 0.00 | FA |
| 8. KITCHEN TABLE AND CHAIRS, DINING ROOM TABLE AND CH | 2,400.00 | 0.00 | | 0.00 | FA |
| 9. MISC BOOKS Location: 11127 E. CLINTON ST, Scottsda | 20.00 | 0.00 | | 0.00 | FA |
| 10. MISC CLOTHING Location: 11127 E. CLINTON ST, Scott | 200.00 | 0.00 | | 0.00 | FA |
| 11. KODAK CAMERA Location: 11127 E. CLINTON ST, Scotts | 50.00 | 0.00 | | 0.00 | FA |
| 12. JP MORGAN CHASE IRA | 25,000.00 | 0.00 | | 0.00 | FA |
| 13. WORKMAN'S COMPENSATION AWARD | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2003 GMC YUKON MILEAGE: 88,000 Location: 11127 E. | 9,700.00 | 0.00 | | 0.00 | FA |
| 15. 2003 CHEVY TRAILBLAZER DEBTOR'S DAUGHTER MAKES ALL | 4,000.00 | 0.00 | | 0.00 | FA |
| 16. FEDERAL & STATE INCOME TAX REFUNDS (u) | 0.00 | 1,699.00 | | 1,699.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.05 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $266,720.00        $1,699.00        $1,699.05        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| Case No: | 11-32685-PHX    SSC    Judge: JUDGE SARAH SHARER CURLEY | Trustee Name: | CONSTANTINO FLORES |
| Case Name: | GETZ, DIANNE FIORE | Date Filed (f) or Converted (c): | 11/29/11 (f) |
| | | 341(a) Meeting Date: | 01/06/12 |
| | | Claims Bar Date: | 09/11/12 |

TFR SUBMITTED TO UST FOR APPROVAL ON 01/25/14

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-32685-PHX -SSC | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | GETZ, DIANNE FIORE | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******9697 Checking Account |
| Taxpayer ID No: | 35-6973131 | | |
| For Period Ending: | 02/07/14 | Blanket Bond (per case limit): | $ 65,631,723.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,281.78 | | 1,281.78 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,266.78 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,251.78 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,236.78 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,221.78 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,206.78 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,191.78 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,176.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 1,281.78 | 105.00 | 1,176.78 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 1,281.78 | 0.00 | |
| | | | Subtotal | | 0.00 | 105.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 105.00 | |

Page Subtotals     1,281.78     105.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-32685-PHX -SSC | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | GETZ, DIANNE FIORE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8406 BofA - Money Market Account |
| Taxpayer ID No: | 35-6973131 | | |
| For Period Ending: | 02/07/14 | Blanket Bond (per case limit): | $ 65,631,723.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/12 | 16 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX REFUND 2011 | | 1,679.00 | | 1,679.00 |
| | | | Memo Amount: 1,532.00 | 1224-000 | | | |
| | | | FEDERAL INCOME TAX REFUND | | | | |
| | | | Memo Amount: 147.00 | 1280-000 | | | |
| | | | REFUND TO DEBTOR(S) | | | | |
| 06/03/12 | 16 | DIANNE FIORE GETZ  11127 E. CLINTON ST  SCOTTSDALE, AZ 85259 | STATE INCOME TAX REFUND 2011 | | 20.00 | | 1,699.00 |
| | | | Memo Amount: 18.00 | 1224-000 | | | |
| | | | STATE INCOME TAX REFUND | | | | |
| | | | Memo Amount: 2.00 | 1280-000 | | | |
| | | | REFUND TO DEBTOR(S) | | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,699.01 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.02 | 1,696.99 |
| 07/21/12 | 000301 | DIANNE FIORE GETZ  11127 E. CLINTON ST  SCOTTSDALE, AZ 85259 | REFUND TO DEBTOR(S) | 8500-000 | | 149.00 | 1,547.99 |
| 07/21/12 | 000302 | BANKRUPTCY CLERK'S OFFICE  U.S. BANKRUPTCY COURT  230 N. FIRST AVENUE, SUITE 101  PHOENIX, AZ 85003 | REOPENING FEE | 2700-000 | | 260.00 | 1,287.99 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,288.00 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.23 | 1,285.77 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,285.78 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.66 | 1,284.12 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,284.13 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.47 | 1,282.66 |
| 10/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,282.67 |

Page Subtotals 1,699.05 416.38

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-32685-PHX -SSC | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | GETZ, DIANNE FIORE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********8406  BofA - Money Market Account |
| Taxpayer ID No: | 35-6973131 | | |
| For Period Ending: | 02/07/14 | Blanket Bond (per case limit): | $ 65,631,723.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 0.89 | 1,281.78 |
| 10/18/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,281.78 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 1,699.00 | COLUMN TOTALS | 1,699.05 | 1,699.05 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 1,281.78 | |
| | | | Subtotal | 1,699.05 | 417.27 | |
| | Memo Allocation Net: | 1,699.00 | Less:  Payments to Debtors | | 149.00 | |
| | | | Net | 1,699.05 | 268.27 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 1,699.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | | Checking Account - ********9697 | 0.00 | 105.00 | 1,176.78 |
| Total Memo Allocation Net: | 1,699.00 | | BofA - Money Market Account - ********8406 | 1,699.05 | 268.27 | 0.00 |
| | | | | 1,699.05 | 373.27 | 1,176.78 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,282.67

Case Number: 11-32685-PHX
Debtor Name: GETZ, DIANNE FIORE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| A1<br>001<br>2700-00 | BANKRUPTCY CLERK'S OFFICE<br>U.S. BANKRUPTCY COURT<br>230 N. FIRST AVENUE, SUITE 101<br>PHOENIX, AZ 85003 | Administrative | | $0.00 | $260.00 | $260.00 |
| 000001<br>070<br>7100-00 | Midland Funding, LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $3,190.42 | $3,190.42 |
| 000002<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $768.64 | $768.64 |
| 000003<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $145.61 | $145.61 |
| 000004<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $2,383.95 | $2,383.95 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $14,767.85 | $14,767.85 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $11,253.48 | $11,253.48 |
| 000007<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $424.54 | $424.54 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $10,602.23 | $10,602.23 |
| 000009<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $5,818.11 | $5,818.11 |

CREGIS2    UST Form 101-7-TFR (5/1/2011) (Page: 8)    Printed: 02/07/14 11:41 AM    Ver: 17.05
Case 2:11-bk-32685-SSC    Doc 36    Filed 02/10/14    Entered 02/10/14 09:52:25    Desc
Page 8 of 12

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 11-32685-PHX  
Debtor Name: GETZ, DIANNE FIORE  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | | $0.00 | $2,961.38 | $2,961.38 |
| 000011 070 7100-00 | eCAST Settlement Corporation c/o Bass & Associates, P.C. 3936 E Ft. Lowell, Suite 200 Tucson, AZ 85712 | Unsecured | | $0.00 | $2,310.14 | $2,310.14 |
| 000012 070 7100-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $0.00 | $743.60 | $743.60 |
| 000013 070 7100-00 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC c o Jefferson Capital Systems LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 | Unsecured | | $0.00 | $6,291.58 | $6,291.58 |
| D1 999 8500-00 | DIANNE FIORE GETZ 11127 E. CLINTON ST SCOTTSDALE, AZ 85259 | Unsecured | | $0.00 | $149.00 | $149.00 |
| | Case Totals: | | | $0.00 | $62,070.53 | $62,070.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-32685-PHX
Case Name: GETZ, DIANNE FIORE
Trustee Name: CONSTANTINO FLORES

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CONSTANTINO FLORES | $ | $ | $ |
| Trustee Expenses: CONSTANTINO FLORES | $ | $ | $ |
| Charges: BANKRUPTCY CLERK'S OFFICE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Funding, LLC | $ | $ | $ |
| 000002 | Midland Funding LLC | $ | $ | $ |
| 000003 | Midland Funding LLC | $ | $ | $ |
| 000004 | Midland Funding LLC | $ | $ | $ |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns | $ | $ | $ |
| 000008 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000009 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000010 | eCAST Settlement Corporation | $ | $ | $ |
| 000011 | eCAST Settlement Corporation | $ | $ | $ |
| 000012 | Capital One, N.A. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | FIRST FINANCIAL PORTFOLIO MANAGEMENT INC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE